**Order filed April 3, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00253-CR
_____

## EX PARTE MARIA A. MARTINEZ, Appellant

**On Appeal from the County Criminal Court at Law No. 11
Harris County, Texas
Trial Court Cause No. 1943720**

## O R D E R

This is an appeal from the denial of appellant's application for a writ of habeas corpus pursuant to article 11.09 of Texas Code of Criminal Procedure. The clerk's record was filed April 1, 2014. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain a signed order denying the application for writ of habeas corpus. *See* Tex. R. App. P. 31.1 (notice of appeal must be from a judgment or order in a habeas corpus proceeding). The order included in the record is unsigned.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **April 18, 2014**, containing a signed order denying appellant's

application for writ of habeas corpus. This court was advised the application was denied on or about March 14, 2014.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM